**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MOMENTUM TELECOM, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | C.A. No. 1:26-cv-00438 |
| LA LASER CENTER, P.C., d/b/a | ) | |
| SKIN AND CANCER INSTITUTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Momentum Telecom, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

- None

Dated: April 20, 2026

GELLERT SEITZ BUSENKELL &
BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5813
Fax: 302-425-5814
cbrown@gsbblaw.com

*Attorneys for Plaintiff*